# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 436 WAL 2018

          Respondent              :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

          v.                  :

                                    :

TRACY STEELE SMITH,           :

                                    :

          Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal and Petition for Release of Notes of Testimony and All Related Documents are **DENIED**.